IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MOZELLE KENDRICK,                          :
                                           :
    Plaintiff,                             :
                                           :
v.                                         :   CASE NO.: 1:09-CV-62 (WLS)
                                           :
Officer TIMOTHY HARVEY, *et al.*,          :
                                           :
    Defendants.                            :
_____:

## **ORDER**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed June 2, 2009. (Doc. 5). It is recommended that the City of Albany and the Albany Police Department be dismissed from the above-captioned action. (*Id.* at 3-4). The Report and Recommendation expressly stated that "[u]nder 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with United States District Judge W. Louis Sands within ten (10) days after being served a copy of this order." (*Id.*). This ten-day period has long-since expired, and no objection has been filed. (*See generally* Docket).

    Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 5) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the

City of Albany and the Albany Police Department are **DISMISSED** as Defendants in the above-captioned action.

    **SO ORDERED**, this  15th  day of April, 2010.

                                        /s/ W. Louis Sands
                                        **THE HONORABLE W. LOUIS SANDS,**
                                        **UNITED STATES DISTRICT COURT**